

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-09-00174-CR
_____

JOSHUA LEE BRADSHAW, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
Cass County, Texas
Trial Court No. CCL-M-09-0330

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Joshua Lee Bradshaw, appellant, has filed with this Court a motion to dismiss his appeal.

The motion is signed by Bradshaw and by his counsel in compliance with TEX. R. APP. P. 42.2(a).

As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.

Jack Carter
Justice

Date Submitted: October 26, 2009
Date Decided: October 27, 2009

Do Not Publish